railroad right of way except on established crossing or sustained while working on a public highway or railroad right of way," and defendant contended that by reason thereof it was not liable on the policy.

*J. Stanley Carter* for appellant.
*Henry J. Crawford* for respondent.

Judgment of the Appellate Division and that of Trial Term reversed and complaint dismissed, with costs in all courts, upon the ground that the insured was injured while engaged in work not covered by the provisions of the policy.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

CATHERINE C. MITCHILL, Respondent, *v.* CHARLES LATH et al., Appellants.

(Submitted April 9, 1928; decided April 13, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 247 N. Y. 377.)

---

ANNA KIRKEGAARD et al., Respondents, *v.* FORMAN REALTY CORPORATION, Appellant, Impleaded with Others.

*Appeal — order of Appellate Division modifying judgment of Special Term — entry of final judgment thereon — appeal to Court of Appeals from order of modification unauthorized.*

*Kirkegaard* v. *Forman Realty Co.,* 222 App. Div. 817, appeal dismissed.

(Submitted April 9, 1928; decided April 13, 1928.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second

Prepared by State Reporter from Appeal Papers

judicial department, entered January 23, 1928, modifying and affirming as modified a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the ground that a final judgment had been entered in the action and no appeal taken therefrom and that the appeal taken from the order of the Appellate Division was unauthorized.

*James M. Fawcett* for motion.
*Abraham H. Spigelgass* opposed.

Motion granted and appeal dismissed, with ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN W. WOODIN, as District Attorney of Chautauqua County, Appellant, *v.* LEE L. OTTAWAY, Individually and as County Judge of Chautauqua County, et al., Respondents, Impleaded with Others.

(Submitted April 9, 1928; decided April 13, 1928.)

Motion for reargument denied.   (See 247 N. Y. 493.)

---

40TH STREET AND PARK AVENUE, INC., Appellant, *v.* AUSTIN G. FOX, Respondent, Impleaded with Others.

*Real property — covenants — restriction on kind and height of building to be erected on land — action to remove cloud on title.*

*40th St. & Park Ave., Inc.*, v. *Fox*, 222 App. Div. 667, affirmed.
(Argued April 4, 1928; decided May 1, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial depart-